IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| MICHAEL GARY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 315-039 |
| | ) |
| WILLIAM C. DANFORTH and | ) |
| HOMER BRYSON, Commissioner, | ) |
| Georgia Department of Corrections, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Plaintiff, an inmate incarcerated at Telfair State Prison in Helena, Georgia commenced the above-styled civil action (Doc. no. 1.) Because Plaintiff was requesting relief in the form of credit for time served, the Court direct Plaintiff to resubmit his claims as a habeas petition under 28 U.S.C. 2241 and warned him of the exhaustion requirements for such a claim. (Doc. no. 3.) Plaintiff now moves to voluntarily dismiss this case because he currently has a proceeding pending in state court. (Doc. no. 4.) As no defendant has filed an answer or a motion for summary judgment in this case, Plaintiff may dismiss his case without an Order from the Court. Fed. R. Civ. P. 41(a)(1)(i).

Therefore, the Court **DENIES AS MOOT** Plaintiff's motion to dismiss (doc. no. 4), and **DIRECTS** the Clerk to **DISMISS** this civil action without prejudice and to terminate all pending motions.

SO ORDERED this 2nd day of June, 2015, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA